# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0574
_____

KOVAR LAW GROUP,

Appellant,

v.

STEVE HOYT, TOWER HILL
SELECT INSURANCE CO., et al.,

Appellees.

_____

On appeal from the Circuit Court for Bay County.
William S. Henry, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

RAY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopher Hixson, Esq, of Hixson Law Group, Clearwater, Appellant.

Martin E. Leach, of Feiler, Leach & Chong, Coral Gables, for Appellee Steve Hoyt.